JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>BEACON HEALTHCARE SERVICES, INC. D/B/A NEWPORT BAY HOSPITAL,<br><br>                    Defendant. | Case No. 8:22-cv-00305-MCS-DFM<br><br>**JUDGMENT** |

In accordance with this Court's order regarding the parties' cross-motions for summary judgment, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendant. Plaintiff's first count is dismissed with prejudice. Plaintiff's second count is unripe and dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: January 18, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE